STATE OF NEW JERSEY v. CATHERINE BARKSDALE.

July 1, 1974. Petition for certification denied.

MARY H. LaBEAUME v. PETER A. LaBEAUME.

July 1, 1974. Petition for certification denied.

FLORA GALLMAN v.
DIAMOND SHAMROCK CHEMICAL COMPANY.

July 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF:
M. J. P. AND D. S.

July 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LORD DAVID ELEY.

July 1, 1974. Petition for certification denied.

ELIZABETH KELLY v. WILLIAM KELLY.

July 1, 1974. Petition for certification denied.